# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | **CASE NO.  8:04CR244** |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **ENRIQUE GARCIA-SANCHEZ,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Unopposed Motion for Continuance of Sentencing Schedule filed by the Defendant, Enrique Garcia-Sanchez (Filing No. 80). For good cause shown, the Motion shall be granted.

IT IS ORDERED:

1. The Unopposed Motion for Continuance of Sentencing Schedule filed by the Defendant, Enrique Garcia-Sanchez (Filing No. 80) is granted;

2. Sentencing is rescheduled before District Judge Laurie Smith Camp on the **18th day of July, 2005,** at the hour of **11:00 a.m.** in Courtroom No. 2, Third Floor, Roman L. Hruska Courthouse, 111 S. 18th Plaza, Omaha, Nebraska.

Dated this 10th day of June, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge